394 A.2d 630

Valentine et al., Appellants, v. John Deere Industrial Equipment Company, et al.

Argued June 12, 1978. Daniel M. Jaffe, for appellants; William H. Bradbury, III, for appellee, Deere Equipment Co.; No appearance entered nor brief submitted for appellees, Yoders.

Judgment affirmed.